ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                              )
                                                         )
Straub Driver, a Joint Venture                           )   ASBCA No. 61014
                                                         )
Under Contract No. N62473-11-C-0405                      )

APPEARANCE FOR THE APPELLANT:          Nicholas T. Solosky, Esq.
                                         Fox Rothschild, LLP
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Craig D. Jensen, Esq.
                                         Navy Chief Trial Attorney
                                       Nicole R. Best, Esq.
                                         Trial Attorney

## ORDER OF DISMISSAL

The government filed a motion to dismiss the appeal, contending it was moot. The joint venture never filed a response. The Board issued a show cause order indicating the motion may be granted should the joint venture fail to respond. The joint venture has never responded. The Board grants the motion. The appeal is dismissed with prejudice.

Dated: April 3, 2024

_____
CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61014, Appeal of Straub Driver, a Joint Venture, rendered in conformance with the Board's Charter.

Dated:  April 3, 2024

_for_ Tammye D. Alvel

_____

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals